# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00289-CV

**In re Curtis Jerrells**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Before Justices Puryear, Pemberton and Rose

Filed: May 12, 2011